FILED ——— ENTERED
——— LOGGED ——— RECEIVED

JAN 5 2014

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

MICHAEL PAUL SRABIAN, #427608     *
           **Plaintiff,**

    v.                  *    **CIVIL ACTION NO. PWG-14-3917**

**DEPARTMENT OF PUBLIC SAFETY**     *
**AND CORRECTIONAL SERVICES,**
              **Defendant.**     *

                  *****

### MEMORANDUM

Plaintiff is a state inmate housed at the Dorsey Run Correctional Facility in Jessup, Maryland. On December 17, 2014, the court received for filing his self-represented 42 U.S.C. § 1983 civil rights action. Plaintiff states that on June 18, 2014, while housed at the Maryland Correctional Training Center in Hagerstown, Maryland he was subject to "physical abuse" at the hands of two unnamed correctional officers resulting in damage to his left leg. Compl., ECF No. 1. He claims that his left knee feels like it will collapse and he is now wheelchair bound. *Id.* Plaintiff seeks compensatory and punitive damages. Because he appears indigent, plaintiff's motion for leave to proceed in forma pauperis shall be granted. His complaint, however, shall be dismissed summarily, without prejudice.

Plaintiff names the Maryland Department of Public Safety and Correctional Services ("DPSCS") as the sole defendant. The DPSCS is a principal department of the Maryland State government. *See* Md. Code. Ann., Corr. Servs. § 2-101. Neither a state nor an agency of a state is a "person" within the meaning of 42 U.S.C. § 1983. *See Will v. Michigan Dep't of State Police*, 491 U.S. 58, 64-65 & 70-71 (1989). Moreover, state agencies are immune from liability under the Eleventh Amendment from a § 1983 suit in federal court without regard to the nature of the relief sought. *See Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 101-01 (1984); *C.H. v. Oliva*,

226 F.3d 198, 201 (3rd Cir. 2000).     Therefore the complaint filed against the DPSCS shall be dismissed.

To the extent plaintiff is seeking to file a complaint against individual correctional officers for alleged excessive force, his complaint shall be dismissed without prejudice.   He may refile his complaint naming the proper defendants, providing particular facts as to what alleged unconstitutional actions were taken against him, and discussing what physical injury he suffered.

Date:  December 29 , 2014.

_____
Paul W. Grimm
United States District Judge

2